# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1493
Lower Tribunal No. 18-8783 CC
_____

**Dri-Force Restoration, Inc., a/a/o Miriam Lares,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Miesha S. Darrough, Judge.

Giasi Law, P.A., and Erin M. Berger and Melissa A. Giasi (Tampa), for appellant.

Methe & Rothell, P.A., and Kristi Bergemann Rothell (West Palm Beach), for appellee.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Gonzalez v. Citizens Prop. Ins. Corp.</u>, 273 So. 3d 1031, 1036 (Fla. 3d DCA 2019) (holding that, after the burden shifted to the non-moving party in a summary judgment proceeding, the non-moving party's response was insufficient to create a genuine issue of material fact to defeat summary judgment).